IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KEIONTAE R. BAILEY,**

 **Plaintiff,**

vs.             Case No. 4:13cv644-MW/CAS

**DEPARTMENT OF CORRECTIONS,**
**et al.,**

 **Defendants.**

_____/

## REPORT AND RECOMMENDATION

  This cause is before me upon referral from the Clerk.  This court entered a Report and Recommendation on February 20, 2014, doc. 15, for Plaintiff's failure to file an amended complaint.  Plaintiff filed a Motion for Reconsideration, doc. 16, which was granted, the Report and Recommendation vacated and Plaintiff was given a final opportunity to file his amended complaint as directed by April 25, 2014.  Plaintiff was again specifically warned that a recommendation would be made that this case be dismissed if he failed failure to comply with that order.  Doc. 17.  To date, no response has been received from the Plaintiff.

  A trial court has inherent power to dismiss a case sua sponte for failure to prosecute.  <u>Link v. Wabash R.R.</u>, 370 U.S. 626, 82 S. Ct. 1386, 8 L. Ed. 2d 734 (1962);

Chambers v. NASCO, Inc., 501 U.S. 32, 44, 111 S. Ct. 2123, 2132, 115 L. Ed. 2d 27 (1991).  Also, Fed. R. Civ. P. 41(b) authorizes a district court to dismiss an action for failure to obey a court order.  Moon v. Newsome, 863 F.2d 835, 838 (11th Cir. 1989), cert. denied, 493 U.S. 863 (1989), and cases cited; Phipps v. Blakeney, 8 F.3d 788, 790 (11th Cir. 1993).  Plaintiff did not comply with a court order and prosecute this case.  As a result, this action should be dismissed.

Plaintiff shall have a 14-day period after service of this Report and Recommendation in which to file objections.  This will also afford Plaintiff a final opportunity to show good cause for his failure to respond.  Alternatively, Plaintiff may also file a "motion for reconsideration" which will be referred to me by the Clerk.

It is therefore, respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Tallahassee, Florida, on May 19, 2014.

        s/ Charles A. Stampelos
        **CHARLES A. STAMPELOS**
        **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.