IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KEIONTAE R. BAILEY,**

    **Plaintiff,**

**v.**                                             **CASE NO.  4:13-cv-644-MW/CAS**

**DEPARTMENT OF CORRECTIONS,**

    **Defendant.**

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
<u>RECOMMENDATION</u>**

This Court has considered the Magistrate's Report and Recommendation, ECF No. 18, filed May 19, 2014.   Upon consideration, no objections having been filed by Plaintiff,

    IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.

The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with a court order and to prosecute this

1

Case 4:13-cv-00644-MW-CAS   Document 19   Filed 06/16/14   Page 2 of 2


case."  The Clerk shall close the file.

**SO ORDERED on June 16, 2014.**

<u>**s/Mark E. Walker**</u>
**United States District Judge**